UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| D.P.M. THOMAS A. VOGEL,      )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     vs.                      )      1:05-cv-1668-SEB-VSS<br>                              )<br>D.P.M. ANTHONY E. MILLER, et. al, )<br>                              )<br>     Defendants.              )<br>_____)<br>                              )<br>YONG CHAE, D.P.M.             )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     vs.                      )      1:06-cv-00195-LJM-VSS<br>                              )<br>ANTHONY E. MILLER, D.P.M., et. al )<br>                              )<br>     Defendants.              )  | |

**ORDER CONSOLIDATING RELATED ACTIONS**

Defendants have moved to consolidate two cases currently pending in this Court: Vogel v. Miller, et al., Cause No. 1:05-CV-1668-SEB-VSS; and Chae v. Miller, et al., Cause No. 1:06-cv-00195-LJM-VSS. These cases are nearly identical in that they involve the same defendants, contracts, lawyers, and legal claims. The consolidation of these cases will conserve scarce judicial resources and promote the efficient and comprehensive disposition of the cases. See McCracken v. Grand Victoria Casino & Resort, 2002 WL 31521165, *1 (S.D. Ind. 2002).

IT IS THEREFORE ORDERED, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, that Chae v. Miller, et al. is consolidated with Vogel v. Miller, et al. for all purposes, including trial.

The hearing on Central Indiana Podiatry's Motion for Preliminary Injunction filed

in the Chae case, previously set for May 30, 2006, before Judge McKinney is VACATED. That hearing is RESET for Thursday, May 25, 2006, from 9:30 a.m. to 12:30 p.m. in Room 216 of the United States Courthouse and resuming on Friday, May 26, 2006, at 10:00 a.m. in Room 216 of the United States Courthouse.

The Clerk shall administratively close Chae v. Miller, et. al., Cause No. 1:06-cv-00195-LJM-VSS. All future filings shall be made under Cause No. 1:05-cv-1668-SEB-VSS, the caption of which is amended as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THOMAS A. VOGEL, D.P.M. and YONG CHAE, D.P.M., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:05-cv-1668-SEB-VSS |
| ANTHONY E. MILLER, D.P.M., FOOT & ANKLE SURGERY CENTER, INC. CENTRAL INDIANA PODIATRY, P.C., POSITRAX, INC., and PODIATRY BILLING MASTERS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| CENTRAL INDIANA PODIATRY, P.C. | ) ) | |
| Counter-Claim Plaintiff, | ) ) | |
| vs. | ) ) | |
| THOMAS A. VOGEL, D.P.M. and YONG CHAE, D.P.M., | ) ) ) | |
| Counter-Claim Defendants. | ) | |

IT IS SO ORDERED.

Date: 05/17/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Paul Richard Black
MCMAINS MORSE PC
black@mcmainsmorse.com

J. Michael Grubbs
BARNES & THORNBURG LLP
michael.grubbs@btlaw.com

John T L Koenig
BARNES & THORNBURG LLP
jkoenig@btlaw.com

Mary Jane Lapointe
MCMAINS LAPOINTE
lapointe@mcmainslapointe.com

Thomas F. Shea
BARNES & THORNBURG LLP
thomas.shea@btlaw.com